H. Roy Berry, defendant in error, v. Frances Mary Berry, plaintiff in error.  Gen. No. 36,401.

Opinion filed December 13, 1933.

Barratt O'Hara and B. M. Steiner, for plaintiff in error.  Litsinger, Healy, Reid & Bye, for defendant in error.

Mr. Justice Hebel delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Peter Vrettos, plaintiff in error.  Gen. No. 36,425.

Opinion filed December 13, 1933.

W. G. Anderson, for plaintiff in error.  Thomas J. Courtney, State's Attorney, for defendant in error; Otho S. Fasig and Edward E. Wilson, Assistant State's Attorneys, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

---

Personal Loan and Savings Bank, appellee, v. Clara Berger et al., appellants.  Gen. No. 36,450.

Opinion filed December 13, 1933.

Henry N. Miller, for appellants.  Reginald C. Darley, for appellee; Oscar G. Wahlgren, of counsel.

Mr. Justice Hebel delivered the opinion of the court.

---

The People of the State of Illinois, defendant in error, v. Walter James Gregor, plaintiff in error.  Gen. No. 36,469.

Opinion filed December 13, 1933.  Rehearing denied December 27, 1933.

W. G. Anderson and J. E. Clayton, for plaintiff in error.  Thomas J. Courtney, State's Attorney, for defendant in error; Edward E. Wilson, Grenville Beardsley and Albert J. Woll, Assistant State's Attorneys, of counsel.

Mr. Justice Hebel delivered the opinion of the court.